UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-06539-RGK-PVC | Date | August 28, 2024 |
|---|---|---|---|
| Title | *Ricki Davis v. OneNeck IT Solutions, LLC et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:
Not Present                        Not Present

**Proceedings:**   **(IN CHAMBERS) Order to Show Case Re Amount in Controversy**

On June 4, 2024, Ricki Davis ("Plaintiff") filed a Complaint against OneNeck IT Solutions LLC ("Defendant") in Ventura County Superior Court. (ECF No. 1-1.) On August 2, 2024, Defendant removed the case to this Court on the basis of diversity jurisdiction. (ECF No. 1.)

A defendant may remove a civil case over which a district court has original jurisdiction to federal court. 28 U.S.C. § 1441. District courts have original jurisdiction over all cases where: (1) the amount in controversy exceeds $75,000 and (2) the plaintiff and defendant are citizens of different states. *Id.* § 1332(a). Courts should "strictly construe the removal statute against removal jurisdiction." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) (internal quotation marks omitted). Therefore, "[f]ederal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." *Id.* If the amount in controversy is unclear from the face of the complaint, the removing party must "provide evidence establishing that it is 'more likely than not' that the amount in controversy exceeds" $75,000. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

Here, although Defendant acknowledges that "the Complaint does not identify a specific amount for monetary relief," it provides no additional facts to support the jurisdictional amount. (Notice of Removal ¶ 12.) Therefore, Defendant has failed to meet its burden of proving the Court's jurisdiction by a preponderance of the evidence. Accordingly, the Court **ORDERS** Defendant to **show cause in writing** why the case should not be remanded. Such a response shall not exceed **five pages** and shall be filed within **seven days** of this Order's issuance.

**IT IS SO ORDERED.**

:

Initials of Preparer    JRE/ak